IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-31835-H2-13 |
| KEITH DAMIEN JOHNSON | § | CHAPTER 13 |
| MELISSA ANN JOHNSON | § | |
| Debtor(s) | § | |

## NOTICE OF ACH OR ELECTRONIC PAYMENT ADJUSTMENT

The Chapter 13 Trustee in the bankruptcy case provides this Notice of ACH or Electronic Payment Adjustment.

1. The Debtor(s) must make monthly payments by electronic means to the Chapter 13 Trustee of $5,064.08.

2. This Notice is effective for all payments due after March 15, 2021.

3. All other terms of the Court's ACH or Electronic Payment Adjustment Order remain effective.

Date: 03/15/2021

/s/ William E. Heitkamp
WILLIAM E. HEITKAMP, TRUSTEE
ADMISSIONS ID NO. 3857

A copy of this Notice was mailed to the Debtor(s) and the Debtor(s) counsel on March 15, 2021.

/s/ Michelle Donato
Michelle Donato, Trustee Assistant

MD    664